CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

May 03, 2024
LAURA A. AUSTIN, CLERK
BY: /s/T. Taylor
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JONATHAN R. FRANKLIN, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 7:23cv00771 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| J.C. STREEVAL, *et al.*, | ) | By:   Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| Respondents. | ) | |

_____

By order entered April 8, 2024, the court conditionally filed Petitioner Jonathan R. Franklin's petition for a writ of habeas corpus filed under 28 U.S.C. § 2241. In the conditional filing order, the court directed Franklin to either pay the filing fee or sign and return a consent to fee form within 21 days. (*See* ECF No. 2.) The court advised Franklin that failure to comply with the court's order within 21 days may result in the dismissal of the action without prejudice. (*Id.*)

To date, Franklin has not responded to the court's order. Because the time to respond has passed and Franklin has failed to comply with the court's order, the court will dismiss this action without prejudice.

The Clerk shall send a copy of this Memorandum Opinion and the accompanying Order to Petitioner.

**ENTERED** this 3rd day of May, 2024.

*/s/ Thomas T. Cullen*_____
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE